UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                    Plaintiff,

-against-

ELIJAH BOYD

                    Defendant.

Case No.: 23 MAG 00503 (MRG)

**ORDER OF DISMISSAL**

---

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

*KimBerg*

Hon. Kim P. Berg,
United States Magistrate Judge

Dated:    14 day of April, 20 23
Poughkeepsie, New York